## Commonwealth ex rel. Morgan, Appellant, *v.* Russell.

Submitted March 21, 1966. *Ben Morgan,* appellant, in propria persona; *Leslie J. Carson* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Neal, Appellant, *v.* Myers.

Submitted March 21, 1966. *Gaylord Neal,* appellant, in propria persona; *John A. McMenamin* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.